MARK RAPPOLD et al., Individually and as Legal Co-Guardians of DAVID RAPPOLD, Respondents, v SNORAC, INC., Doing Business as ENTERPRISE RENT-A-CAR, Appellant, and LAURENCE A. TREMBLING et al., Respondents. (Appeal No. 6.) [735 NYS2d 458] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Rappold v Snorac, Inc.* ([appeal No. 7] 289 AD2d 1044 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Burns, J.—CPLR art 50-B.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Lawton, JJ.